# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>CARLOS M. VALENTIN; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-00125<br><br>Sheriff's Sale Date: _____ |

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CARLOS M. VALENTIN the above process on the 26 day of February, 2017, at 11:35 o'clock, AM, at 3249 N. PHILIP STREET PHILADELPHIA, PA 19140, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age __41-45__ Height __5'11__ Weight __280__ Race __HISPANIC__ Sex __MALE__ Hair __BALD/NONE__

Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of __PA__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckier__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158125
Case ID #: 4816452

Subscribed and sworn to before me
this __27__ day of __Feb__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017